**ORDERED ACCORDINGLY.**

Dated: February 25, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

1 PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
2 Phoenix, Arizona 85012
(602) 222-5711
3 (602) 222-5701 Facsimile
(847) 627-8802 Facsimile
4 AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
5 Jason P. Sherman, Bar #019999
Attorney for JPMorgan Chase Bank, N.A.
6 [FILE 10-000384 CHE]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case # 2:10-bk-00760-GBN |
| SUSAN CARLSON, | Chapter 7 Proceedings |
| Debtor. | |
| JPMorgan Chase Bank, N.A., its assignees and / or successors in interest, | **ORDER LIFTING THE AUTOMATIC STAY** |
| Movant, | Re: Real Property located at 5814 North 13th Street Phoenix, AZ 85014 |
| v. | |
| SUSAN CARLSON, Debtor, and Chapter 7 Trustee DAVID M. REAVES, | |
| Respondents. | |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by JPMorgan Chase Bank, N.A., ("JP MORGAN CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. JP MORGAN CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement

including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 5814 North 13th Street, Phoenix, AZ 85014 and legally described as:

> LOT 8, OF MCADAMS MANOR. ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 53 OF MAPS, PAGE 21.

2. JP MORGAN CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, JP MORGAN CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against JP MORGAN CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
U. S. Bankruptcy Court Judge

including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 5814 North 13th Street, Phoenix, AZ 85014 and legally described as:

> LOT 8, OF MCADAMS MANOR. ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 53 OF MAPS, PAGE 21.

2. JP MORGAN CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, JP MORGAN CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against JP MORGAN CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
U. S. Bankruptcy Court Judge